**People of the State of Illinois, Plaintiff-Appellee, v. Cleve Heidleberg, a/k/a Clede Heidelberg, Defendant-Appellant.**

Gen. No. 10,611.

Fourth District.

December 29, 1965.

John B. Crain, of Springfield, for appellant; Raymond L. Terrell, State's Attorney, of Springfield, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.